UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARQUETH WILSON,<br><br>                    Plaintiff,<br><br>         -against-<br><br>MEDTECH, INC.,<br><br>                    Defendant. | 24-CV-7443 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 31, 2024, Plaintiff filed a motion to voluntarily dismiss this action without prejudice. (ECF 5.) The Court grants Plaintiff's motion. The complaint is voluntarily dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  November 21, 2024
        New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                        Chief United States District Judge